IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

LOUCIE LEE STUBBS                                                              PLAINTIFF

V.                                                              CIVIL ACTION NO. 1:06CV151-B-D

LEGGETT & PLATT COMPONENTS
COMPANY, INC., D/B/A TUPELO FIBER                                              DEFENDANT

## ORDER

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED**

that the defendant's motion for summary judgment is **GRANTED** as to the plaintiff's federal claims, and those claims are **dismissed with prejudice**;

that the plaintiff's state law claim is **dismissed without prejudice**.

This, the 26th day of September, 2007.

/s/ Neal Biggers
_____
**NEAL B. BIGGERS, JR.
SENIOR U.S. DISTRICT JUDGE**